CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 7 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **S.USA LIFE INSURANCE COMPANY INC.,** | ) | **Civil Action No. 7:18-cv-628** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **ALEXIS CUGINI,** | ) | **By: Michael F. Urbanski** |
| | ) | **Chief United States District Judge** |
| **Defendant.** | ) | |

**<u>ORDER</u>**

On April 12, 2019, all dispositive and non-dispositive motions in this matter were referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). The Magistrate Judge filed a report and recommendation on July 18, 2019, recommending that S.USA Life Insurance Company, Inc.'s ("S.USA Life") motion for default judgment against defendant Alexis Cugini be **GRANTED in part.** No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

It is accordingly **ORDERED** and **ADJUDGED** that S.USA Life's motion for default judgment, ECF No. 7, is **GRANTED in part** and that judgment be entered in favor of S.USA Life for money damages of $244,177.51, pre-judgment costs of $450.00, no pre-judgment attorneys' fees, post-judgment attorneys' fees of $15,000, no pre-judgment interest, and post-judgment interest at the federal statutory rate as in 28 U.S.C. § 1961. In accordance with the Magistrate Judge's recommendation, the court orders that any additional commissions earned, or payments made by Cugini or on her behalf, be credited to the judgement against her.

The Clerk is directed to send a copy of this order to all counsel of record.

Entered: 08/27/2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge